■ LAMPERT CAPITAL MARKETS, INC., Formerly Known as ICM CAPITAL MARKETS LTD., Appellant, v ICMC HOLDINGS LLC, Respondent. ICMC HOLDINGS LLC, Third-Party Plaintiff-Respondent, v ICM CAPITAL MARKETS LTD. et al., Third-Party Defendants. [46 NYS3d 884]—Order, Supreme Court, New York County (Jennifer G. Schecter, J.), entered on or about January 13, 2016, which, to the extent appealed from as limited by the briefs, denied plaintiff and third-party defendants' motion for summary judgment on Lampert Advisors LLC's counterclaim for specific performance of a term sheet and dismissing defendant/third-party plaintiff's third counterclaim/third-party claim for unjust enrichment, unanimously affirmed, without costs.

The evidence does not establish as a matter of law that the parties intended the term sheet to be an enforceable agreement, rather than an agreement to agree (*see Offit v Herman*, 132 AD3d 409 [1st Dept 2015]).

In view of the foregoing, the unjust enrichment claim was correctly sustained. Concur—Sweeny, J.P., Andrias, Manzanet-Daniels, Gische and Webber, JJ.